RIDLEY'S—THE OLD CHAMBERS STREET CANDY MANUFACTORY, RESPONDENT, v. JAMES B. BROCKHURST, APPELLANT.

Submitted July 6, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"We think the court properly declined to nonsuit the plaintiff. The plaintiff submitted proof, without objection, that it was a corporation.

"There was no finding of fact as to where the contract in suit was made. The presumption in such case is that the necessary fact was found, *i. e.*, that it was not a New Jersey contract.

· "There is no merit in the objection that the judgment should have been only for the excess of the payment into court. The statute relied upon (*Pamph. L.* 1904, *p.* 241) contemplates a judgment for the amount found due.

"The judgment will be affirmed, with costs."

For the appellant, *Adolf L. Engelke.*

For the respondent, *Hartshorne, Insley & Leake.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, KALISCH, BLACK, BOGERT, VREDENBURGH, TERHUNE, HEPPENHEIMER, WILLIAMS, JJ. 12.

*For reversal*—None.